565 A.2d 159

**Andre SEAY, Appellant,**

**v.**

**PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, A SUBSIDIARY OF PRUDENTIAL INSURANCE COMPANY OF AMERICA.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1989.

Decided Nov. 1, 1989.

Allen L. Feingold, Philadelphia, for appellant.

Donald J.P. Sweeney, Andrew Siegeltuch, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

106

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.